NICHOLAS J. RAHGO, Respondent, *v.* CITIES SERVICE OIL COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, June 10, 1942.

*Philip J. Dunn, Arthur J. O'Leary* and *Joseph A. Burdeau* for appellant.

*James L. Goldwater* and *Aaron Sofer* for respondent.

Judgment affirmed, with twenty-five dollars costs, with leave to appeal to the Appellate Division.

Concur: McCOOK, MILLER and McLAUGHLIN, JJ.